JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN JORDAN, | Case No. 2:18-cv-7020-GW(RAOx) |
| Plaintiff, | Assigned to: Hon. George H. Wu, District Judge |
| vs. | [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) |
| XANITOS, INC., a Delaware Corporation, DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive, | |
| Defendants. | State Action Filed:   June 28, 2018 |

## [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING, it is hereby ORDERED that the action on file herein shall be dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice. Each side will bear its own attorneys' fees.

Dated: ___January 25, 2019___

_____
Hon. George H. Wu
Judge of the United States District Court

1                    Case No. 2:18-cv-7020- GW(RAOx)